CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 70550 • OAKLAND, CA 94612-0550

1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   MIGUEL A. NERI
    FIEL D. TIGNO
3   Supervising Deputy Attorneys General
    DAVID A. CARRILLO, State Bar No. 177856
4   Deputy Attorney General
     1515 Clay Street, 20th Floor — P.O. Box 70550
5    Oakland CA 94612-0550
     Tel:  (510) 622-2215
6    Fax:  (510) 622-2121
     Email: fiel.tigno@doj.ca.gov
7            davida.carrillo@doj.ca.gov

8   Attorneys for plaintiff
    California Highway Patrol
9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13                                          Case No. CV09-0159 SBA

14  CALIFORNIA HIGHWAY PATROL,
                                            STIPULATED REQUEST FOR
                    Plaintiff,              DISMISSAL WITH PREJUDICE;
15                                          XXXXXXXXX ORDER
          v.
16

17  JAMES ROBERT INGERSOL,

18                  Defendant.

19  \\

20  \\

21  \\

22  \\

23  \\

24  \\

25  \\

26  \\

27  \\

28  \\



CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 70550 • OAKLAND, CA 94612-0550

1  TO THE HONORABLE COURT AND COUNSEL FOR ALL PARTIES:

2      TAKE NOTICE THAT the parties to this action hereby stipulate and request that this

3  action be dismissed in its entirety with prejudice, all parties to bear their own attorney fees and

4  costs of suit. By agreement of the parties, traffic citation number 63387JP issued to defendant

5  James Robert Ingersol on or about November 12, 2008 will be voided by the California Highway

6  Patrol.

7      So stipulated for plaintiff California Highway Patrol.

8  Dated: February 6, 2009                    Respectfully submitted,

9                                             EDMUND G. BROWN JR.
                                              Attorney General of the State of California
10                                            MIGUEL A. NERI
                                              FIEL D. TIGNO
11                                            Supervising Deputy Attorneys General

12
                                             By: _____
13                                            DAVID A. CARRILLO, Deputy Attorney General
                                              Attorneys for plaintiff California Highway Patrol
14

15
       So stipulated for defendant James Robert Ingersol.
16
   Dated: February 6, 2009                    Respectfully submitted,
17
                                              JOSEPH P. RUSSONIELLO
18                                            United States Attorney

19
                                              By: ___/S/_____
20                                            ELLEN M. FITZGERALD
                                              Assistant United States Attorney
21                                            Attorneys for defendant James Robert Ingersol

22

23
       Good cause appearing, it is so ordered.
24

25
   Dated: ___2/24_____, 2009                 _____
26                                            SAUNDRA B. ARMSTRONG
                                              United States District Judge
27

28



1